IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-01089-MSK-MJW

JODI DEARDURFF,

    Plaintiff,

v.

VICTOR L. SCHRAMM, JR., M.D.,
RODERICK G. LAMOND, M.D., and
RICHARD B.GREEN, M.D.,

    Defendants.

## ORDER

THIS MATTER comes before the Court upon the Stipulated Motion to Dismiss Defendant HCA-Healthtone, LLC d/b/a Presbyterian/St. Luke's Medical Center With Prejudice (**#14**).[1] The Court being fully advised in the foregoing,

**ORDERS** that the Motion **(#14) is GRANTED.** All claims against Defendant HCA-Healthone, LLC, d/b/a Presbyterian/St. Luke's Medical Center are dismissed with prejudice, each party to pay their own attorneys' fees and costs, and said Defedant shall be removed from the caption.

DATED this 27th day of June, 2008.

**BY THE COURT:**

---

[1] The Motion does not refer to Fed.R.Civ.P. 41(a)(1) which pertains to a notice of settlement and for which no Order of Dismissal is issued. However, because the text of the Motion clearly requests issuance of an Order, the Court regards the Motion as being brought pursuant to Fed.R.Civ.P. 41(a)(2).

Marcia S. Krieger
United States District Judge